UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:21-CR-00725 (RDM) |
| v. | : | |
| | : | |
| KENNETH DUNCAN MASSIE, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF FILING OF VIDEO**
**PURUSANT TO LOCAL CRIMINAL RULE 49**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby notifies the Court of the submission of video exhibits in support of sentencing in the above-captioned matter. As video clips, they are not in a format that readily permits electronic filing on CM/ECF. Video exhibits have been submitted to the Court and made available to defense counsel via the government's file-sharing site, USAfx. Each exhibit is identified and briefly described below.

- Exhibit 1: Rioter video showing Massie approaching and entering the Capitol building
- Exhibit 2: Surveillance video showing the breach of the Capitol building
- Exhibit 3: Surveillance video showing Massie entering the Capitol building
- Exhibit 4: Open-source video showing Massie near the Crypt
- Exhibit 5: Surveillance video showing Massie in the Crypt
- Exhibit 6: Open-source video showing other rioters pushing police in the Crypt
- Exhibit 7: Surveillance video showing Massie exiting the Capitol building

If the Court accepts these proposed video exhibits into evidence, the United States takes the position that the entered exhibits should be released to the public.

        Respectfully submitted,

        MATTHEW GRAVES
        UNITED STATES ATTORNEY

By:   s/ *Will N. Widman*
        WILL N. WIDMAN
        Trial Attorney, Detailee