UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Complainant : | |
| : | |
| v. : | Case No. 1:21-CR-725 (RDM) |
| : | |
| JARED SAMUEL KASTNER, : | |
| : | |
| Defendant. : | |
| : | |
| _____: | |

ERRATA AND SUPPLEMENT TO
DEFENDANT JARED SAMUEL KASTNER's REPLY TO UNITED STATES'
RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR DISCLOSURE
OF WITNESS #REDGLASSESONRED [*SIC*]

Defendant JARED SAMUEL KASTNER ("Kastner"), by and through undersigned counsel, hereby respectfully files this Errata to his Reply in support of his Motion For Disclosure Of Witness #RedOnRedGlasses and respectfully demands disclosure of the identity of a potential witness in this case, known by the temporary identifier given to him by amateur internet researchers as #RedonRedGlasses.

On Page 16, the Reply refers to the "Mutual Legal Assistance Treaties" entered into between the United States and many other countries.  See:  "Mutual Legal Assistance Treaties," https://www.justice.gov/criminal-oia/file/1498806/download

The Government activated such treaties, such as with France, to obtain evidence including raw news recordings from a New York based free-lance videography company "Keep in News" for French national television news.  The two hours of video filmed by French reporter Laura Giesweller, including an unbroken view of crowds entering the East central staircase door and moving throughout the Capitol, was produced by the USAO to defense attorneys with the

name: 210107 LAURA USA CAPITOL WASHINGTON.mp4.  The USAO's only reason for withholding this video from the public, it contends, is that it was obtained through the United States' "Mutual Legal Assistance Treaty" with France.  Many pages of official correspondence with French law enforcement was disclosed to defense counsel with the video. There is otherwise no basis for withholding the video from the public under the terms of the Protective Orders.

Therefore, the FBI's search of computer matches of #RedonRedGlasses using facial recognition software would with certainty include the databases of other countries who often cooperate with the United States.  Particularly if the FBI came up empty on a search of U.S. databases, it is a known certainty that the FBI would request a search of photographic databases of other countries as well.

However, due to a word processing mistake, Page 16 incorrectly stated the name of such treaties.

August 7, 2023                             **RESPECTFULLY SUBMITTED,**

                                          John M. Pierce, Esq.
                                          *Counsel for Defendant*

                                          */s/ John Pierce*
                                          JOHN PIERCE LAW
                                          21550 Oxnard Street 3rd Floor, PMB #172
                                          Woodland Hills, CA 91367
                                          jpierce@johnpiercelaw.com
                                          (213) 400-0725

                          **CERTIFICATE OF SERVICE**

I hereby certify that my law firm is filing the foregoing with the Court by its ECF record-keeping and filing system, which automatically provides a copy to:

                     MATTHEW M. GRAVES
                     United States Attorney

Cytheria Jernigan
U.S. Attorney's Office
300 Fannin Street Suite 3201
Shreveport, LA 71101
318-676-3611
318-676-3663 (fax)
cytheria.jernigan@usdoj.gov

Will Widman
DOJ-CRM
1301 New York Avenue NW
Washington, DC 20530
(202) 353-8611
will.widman@usdoj.gov

Stephen F. Brennwald
BRENNWALD & ROBERTSON, LLP
922 Pennsylvania Avenue, SE
Washington, DC 20003
(301) 928-7727
(202) 544-7626 (fax)
sfbrennwald@cs.com
Attorney for Kenneth Duncan Massie

Kira Anne West
LAW OFFICE OF KIRA WEST
712 H St, NE
Unit 509
Washington, DC 20002
(202) 236-2042
kiraannewest@gmail.com
Attorney for Luke Faulkner

                              */s/*
                          John M. Pierce